BULLY RANDLE v. THE STATE.

No. 4188.   Decided October 18, 1916.

**Local Option—Newly Discovered Evidence—Statement of Facts.**

In the absence of a statement of facts, alleged newly discovered testimony can not be considered on appeal.

Appeal from the County Court of San Augustine. Tried below before the Hon. T. H. Downs.

Appeal from a conviction of a violation of the local option law; penalty, a fine of twenty-five dollars and twenty days confinement in the county jail.

The opinion states the case.

No brief on file for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.

HARPER, JUDGE.—Appellant was convicted of selling intoxicating liquors in prohibition territory.

In the motion for a new trial appellant claims to have discovered additional testimony. In the absence of a statement of facts it is impossible for us to determine whether or not this alleged newly discovered testimony would be material. The trial judge evidently held it was not in overruling the motion for a new trial, and we can not say he erred with no record of the evidence heard on the trial, nor on the motion before us.

The judgment is affirmed

*Affirmed.*